U.S. Bank NA v Schaer (2024 NY Slip Op 00446)

U.S. Bank NA v Schaer

2024 NY Slip Op 00446

Decided on January 31, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
FRANCESCA E. CONNOLLY
ROBERT J. MILLER
PAUL WOOTEN, JJ.

2020-08081
2020-08082
 (Index No. 51836/18)

[*1]U.S. Bank NA, etc., respondent, 
v
Donna Schaer, appellant, et al., defendant.

Clair Gjertsen & Weathers PLLC, White Plains, NY (Mary Aufrecht of counsel), for appellant.
Hinshaw & Culbertson LLP, New York, NY (Brian S. McGrath of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendant Donna Schaer appeals from two orders of the Supreme Court, Westchester County (Charles D. Wood, J.), both dated September 18, 2020. The first order, insofar as appealed from, granted those branches of the plaintiff's motion which were for summary judgment on the complaint insofar as asserted against the defendant Donna Schaer, to strike that defendant's answer, and for an order of reference. The second order, insofar as appealed from, granted the same relief to the plaintiff and referred the matter to a referee to compute the amount due to the plaintiff.
ORDERED that the appeals are dismissed as academic, without costs or disbursements.
The appeals must be dismissed as academic in light of our determination on a related appeal (see U.S. Bank NA v Schaer, ___ AD3d ___ [Appellate Division Docket No. 2020-00728; decided herewith]).
BARROS, J.P., CONNOLLY, MILLER and WOOTEN, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court